IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

MICHAEL DERRICK SMITH                                         PLAINTIFF

VERSUS                           CIVIL ACTION NO. 5:24-cv-00067-KS-BWR

PIKE COUNTY JAIL                                              DEFENDANT

## FINAL JUDGMENT

This cause is before the Court *sua sponte* for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this day,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this civil action is **DISMISSED WITHOUT PREJUDICE** for failure to obey the Court's Orders and to prosecute.

**SO ORDERED AND ADJUDGED**, this 2nd day of January, 2025.

_____
KEITH STARRETT
UNITED STATES DISTRICT JUDGE